**EXHIBIT B**

Redacted Jane Doe Statement 1 of 2

EAST CANTON POLICE DEPARTMENT

VOLUNTARY STATEMENT

ADMINISTRATIVE SECTION

| DATE | TIME | LOCATION OF THIS STATEMENT | CASE# |
|---|---|---|---|
| 10-26-26 | 7:30 pm | East Canton Police Dept | |

OFFICER TAKING STATEMENT: Howard

PERSONAL INFORMATION OF PERSON MAKING THIS VOLUNTARY STATEMENT

NAME: [redacted]

SOCIAL SECURITY NUMBER: [redacted]

DATE OF BIRTH: [redacted]

ADDRESS: [redacted]

PHONE NUMBER: [redacted]

DECLARATION OF VOLUNTARY STATEMENT

I, [redacted], residing at the above noted address, and agree the above personal information is true and accurate, do hereby make the following voluntary statement, of my own free will and under no duress to do so. I further agree, that no threats, promises or force have been used against me in order to make or give the following statement.

VOLUNTARY STATEMENT

My husband [redacted] and myself
attended the Trump rally in Youngstown, OH on
10-12-26. We spoke out during Jon Husted speech,
and the ladies in front of us were upset by the
statements we made, and ushered security over
to us. The 'security' or 'volunteers' were telling us to
stop and leave, and that's when the Mahoning County
Sheriff deputy came over and struck my husband
over the head from behind. He fell to the ground,
and 3 deputies were on top of him. His glasses
flew off, and his phone hit the ground from the
altercation. In seeing this, I attempted to stop the
deputy from hitting my husband anymore, and the
security and another deputy struggled to stop what
I was saying and doing, and pulled on me to get
me out. My upper half of my body was holding

AFFIRMATION OF STATEMENT

UNDER SECTION(s) 2921.11, 2921.31, 2921.32 OF THE OHIO REVISED CODE IT IS A CRIMINAL ACT TO MAKE A FALSE STATEMENT, WHICH MAY BE SUBJECT TO PROSECUTION, I AFFIRM THE ABOVE STATEMENT IS TRUE AND ACCURATE.

SIGNATURE [redacted]

Continuation ( ) YES ( ) NO Page 1 of 2

Redacted
Jane Doe
Statement
2 of 2

# EAST CANTON POLICE DEPARTMENT

## VOLUNTARY STATEMENT

**ADMINISTRATIVE SECTION**

| DATE | TIME | LOCATION OF THIS STATEMENT | CASE# |
|---|---|---|---|
| 10-26-2( | 7:30pm | East Canton Police Dept | |

OFFICER TAKING STATEMENT:

**PERSONAL INFORMATION OF PERSON MAKING THIS VOLUNTARY STATEMENT**

NAME: [redacted]

SOCIAL SECURITY NUMBER: [redacted]

DATE OF BIRTH: [redacted]

ADDRESS: [redacted]

PHONE NUMBER: [redacted]

**DECLARATION OF VOLUNTARY STATEMENT**

I, [illegible] residing at the above noted address, and agree the above personal information is true and accurate, do hereby make the following voluntary statement, of my own free will and under no duress to do so. I further agree, that no threats, promises or force have been used against me in order to make or give the following statement.

**VOLUNTARY STATEMENT**

go to the soil, as my legs were being pulled
from under me. As a result, the sheriff that was
grabbing the top half of me, bruised my left arm
and the right side of my torso (see pictures)
Then, on video, I have Bill Sposky holding (deputy)
the back of my head and forcing me out,
while my husband was merely walked out. This
was unnecessary and beyond reasonable means for
using my first amendment right. The sheriff deputies
initiated the violence when they struck my
husband and then continued that same violence
towards me. I also have police on camera making
statements out of line and unprofessional. Just
because they dont agree with what I said, does NOT
give them the right to hit, intimidate, grab and do
what they want!

**AFFIRMATION OF STATEMENT**

UNDER SECTION(s) 2921.11, 2921.31, 2921.32 OF THE OHIO REVISED CODE IT IS A CRIMINAL ACT TO MAKE A FALSE STATEMENT, WHICH MAY BE SUBJECT TO PROSECUTION, I AFFIRM THE ABOVE STATEMENT IS TRUE AND ACCURATE.

SIGNATURE: [redacted]

Continuation (✓) YES ( ) NO Page 2 of 2





Redacted
John Doe
Statement

# EAST CANTON POLICE DEPARTMENT

## VOLUNTARY STATEMENT

**ADMINISTRATIVE SECTION**

| DATE | TIME | LOCATION OF THIS STATEMENT | CASE#: |
|---|---|---|---|
| Oct 26-0[illegible] | 7:23 pm | East canton | |

OFFICER TAKING STATEMENT: Howard

**PERSONAL INFORMATION OF PERSON MAKING THIS VOLUNTARY STATEMENT**

NAME: [redacted]

SOCIAL SECURITY NUMBER: [redacted]

DATE OF BIRTH: [redacted]

ADDRESS: un-Knaw

PHONE NUMBER: unKnaw

**DECLARATION OF VOLUNTARY STATEMENT**

I, [redacted] , residing at the above noted address, and agree the above personal information is true and accurate, do hereby make the following voluntary statement, of my own free will and under no duress to do so. I further agree, that no threats, promises or force have been used against me in order to make or give the following statement.

**VOLUNTARY STATEMENT**

Was at a TRump Rally Speacking
out the ~~Place~~ cops attack
me from behide draging
to the grand befor
walking me auto

**AFFIRMATION STATEMENT**

UNDER SECTION(s) 2921.11, 2921.31, 2921.32 OF THE OHIO REVISED CODE IT IS A CRIMINAL ACT TO MAKE A FALSE STATEMENT, WHICH MAY BE SUBJECT TO PROSECUTION, I AFFIRM THE ABOVE STATEMENT IS TRUE AND ACCURATE.

SIGNATURE: [redacted]

Continuation ( ) YES (x) NO Page 1 of 1